# UNITED STATES DISTRICT COURT
for the
Middle District of Florida 

Tampa Division

FILED
JUL 1 2 2022
CLERK, U.S. DISTRICT COURT
TAMPA, FLORIDA

| | |
|---|---|
| Anthony M. Daniel<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>City of Tampa- Tampa Police Department<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:22 cv 1581 MSS-TGW<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony M. Daniel |
| Street Address | 2204 East Ida Street |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida 33610 |
| Telephone Number | 813-547-0208 |
| E-mail Address | Themusicspot813@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | City of Tampa |
| Job or Title *(if known)* | |
| Street Address | 315 E. Kennedy Blvd. |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida, 33602 |
| Telephone Number | 813-274-8996 |
| E-mail Address *(if known)* | https://www.tampa.gov/police/contact-us |

Defendant No. 2

| | |
|---|---|
| Name | City of Tampa Police Department |
| Job or Title *(if known)* | |
| Street Address | 411 North Franklin Street |
| City and County | Tampa, Hillsborough |
| State and Zip Code | Florida, 33602 |
| Telephone Number | 813-276-3200 |
| E-mail Address *(if known)* | ttps://www.tampa.gov/police/contact-us |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 4th Amendment, 8th Amendment, 42 U.S.C. § 1983, and other.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Case No.: 18-CM-010431A - Date of Arrest: Friday, July 13, 2018 - Arresting Agency: Tampa Police Department False Arrest, Conspiracy to Arrest, Retaliatory Arrest, Selective Arrest, Discriminatory Arrest, Malicious Arrest. On Friday, July 13th, 2018 my wife Rosanna Daniel & myself Anthony M. Daniel were brutally attacked & physically assaulted by two unknown individuals, the TPD was summoned to the location of the attack via various 911 calls by strangers and my wife Rosanna Daniel, upon arrival the TPD officers reviewed video recordings, interviewed witnesses, interviewed Rosanna Daniel and myself Anthony M. Daniel, assured us that we will not be arrested, immediately took the individuals into custody, apparently the officers consulted with City of Tampa Mayor Bob Buckhorn, City of Tampa Chief of Police Brian Dugan and Hillsborough County State Attorney Andrew Warren, causing a reversal of their position, thus, taking the plaintiff into custody and subsequently

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

General Damages/

Compensatory Damages.

Punitive Damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/11/2022

Signature of Plaintiff

Printed Name of Plaintiff  ANTHONY M. DANIEL

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**STATEMENT OF CLAIM**

Case No.: 18-CM-010431A - Date of Arrest: Friday, July 13, 2018 - Arresting Agency: Tampa Police Department False Arrest, Conspiracy to Arrest, Retaliatory Arrest, Selective Arrest, Discriminatory Arrest, Malicious Arrest. On Friday, July 13th, 2018 my wife Rosanna Daniel & myself Anthony M. Daniel were brutally attacked & physically assaulted by two unknown individuals, the TPD was summoned to the location of the attack via various 911 calls by strangers and my wife Rosanna Daniel, upon arrival the TPD officers reviewed video recordings, interviewed witnesses, interviewed Rosanna Daniel and myself Anthony M. Daniel, assured us that we will not be arrested, immediately took the individuals into custody, apparently the officers consulted with City of Tampa Mayor Bob Buckhorn, City of Tampa Chief of Police Brian Dugan and Hillsborough County State Attorney Andrew Warren, causing a reversal of their position, thus, taking the plaintiff into custody and subsequently releasing the two unknown individuals from custody. The Plaintiff alleges selective arrest, discriminatory arrest, malicious arrest and conspiracy to arrest by the COT, TPD and others in their Network.

*Anthony M. Daniel - 07.12.22*