UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANTHONY M. DANIEL,**

    Plaintiff,

v.                                  Case No: 8:22-cv-1581-MSS-JSS

**CITY OF TAMPA and CITY OF
TAMPA POLICE DEPARTMENT,**

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that *pro se* Plaintiff, Anthony M. Daniel, has not been diligent in prosecuting this matter. Plaintiff filed a Complaint and a Motion to Proceed *in Forma Pauperis* on July 12, 2022. (Dkts. 1–2) On November 21, 2022, United States Magistrate Judge Julie S. Sneed issued a Report and Recommendation finding that Plaintiff's Complaint should be dismissed and Plaintiff's Motion to Proceed *in Forma Pauperis* be denied without prejudice. (Dkt. 5) The Court adopted Judge Sneed's Report and Recommendation on December 19, 2022, and dismissed Plaintiff's Complaint without prejudice and denied Plaintiff's Motion to Proceed *in Forma Pauperis* without prejudice. (Dkt. 6)

The Court also granted Plaintiff leave to file an amended complaint within twenty-one (21) days of its Order. (Id.) Plaintiff has yet to comply with the

requirements of this Court's Order, and Plaintiff has not moved for an extension of time to do so. As a result, Plaintiff has not filed an amended complaint in this matter, and there has been no activity in this case since December 2022.

Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED** for failure to comply with the Court's Order. The **CLERK** is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 8th day of September 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party